Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780

Attorneys for Plaintiff Gabrielle Rodriguez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE RODRIGUEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF FRESNO, JERRY DYER, ROBERT CHAVEZ and DOES 1 to 20, inclusive,<br><br>  Defendants. | CASE NO. 1:09-CV-01176-AWI-GSA<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY DEADLINES** |

Pursuant to Local Rule 143, counsel for the parties in the above referenced matter submit this Stipulation and Proposed Order.  Given that there is a pending motion to compel, and that production of documents cannot be completed until a ruling on said motion is made, the parties agree to the following:

1. The deadline to complete all discovery pertaining to non-experts shall be extended to October 15, 2010;

2. The deadline to disclose all expert witnesses shall be extended to October 22, 2010;

---

Stipulation and Order re: Extension of Discovery Deadlines

1  3. The deadline to disclose all supplemental expert witnesses shall be extended to
2     November 3, 2010;
3  4. The deadline to complete all discovery pertaining experts shall be extended to
4     November 23, 2010.
5  5. All non-dispositive pre-trial motions, including discovery motions, shall be filed
6  no later than December 1, 2010.
7  6. All dispositive pre-trial motions shall be filed no later than December 20, 2010.
8  The remainder of the Court's Scheduling Order dated January 13, 2010 shall remain in
9  effect including the pre-trial conference and trial dates.

**IT IS SO STIPULATED:**

DATED: August 23, 2010            WEAKLEY, ARENDT & McGUIRE, LLP

                                  By:    /s/ Rosemary T. McGuire
                                         Rosemary T. McGuire
                                         Attorney for Defendants

DATED:  August 23, 2010           BRACAMONTES & VLASAK, P.C.

                                  By:    /s/ Michael R. Bracamontes
                                         Michael R. Bracamontes
                                         Attorney for Plaintiff

**ORDER**
The stipulation is ADOPTED IN PART.  A minimum of six weeks is required between the deadline for filing dispositive motions and the pre-trial conference.  Because the stipulation calls for a period of only five weeks, it is adopted with the following change: **All dispositive motions shall be filed no later than December 13, 2010.**

IT IS SO ORDERED.

   Dated:   **August 23, 2010**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

Stipulated Protective Order                  2