# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, JERRY DYER, ROBERT CHAVEZ and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:09-CV-01176-AWI-MJS<br><br>**ORDER RE: EXTENSION OF DISCOVERY DEADLINES** |

On October 18, 2010, the parties submitted proposed stipulated pre-trial discovery deadlines. (ECF No. 41.) The parties stated that additional time was needed to complete discovery because there is a pending motion for reconsideration concerning Plaintiff's motion to compel, production of documents cannot be completed until a ruling on said motion is made, and certain deposition transcripts are not yet ready. On this basis, the Court finds that an extension is warranted.

The parties represented that the new dates would not affect the Court's pre-trial conference or trial date. If the Court accepts the stipulated dates, however, an continuance of the pre-trial conference and trial dates is necessary to allow the Court adequate time to address the dispositive motions and other matters in advance of trial. Accordingly, the deadlines set forth in the January 14, 2010 Scheduling Order are **AMENDED** as follows:

1. The deadline to disclose all expert witnesses shall be extended to November 2, 2010;

1

3. The deadline to disclose all supplemental expert witnesses shall be extended to November 16, 2010;

4. The deadline to complete all discovery pertaining experts shall be extended to December 7, 2010.

5. All non-dispositive pre-trial motions, including discovery motions, shall be filed no later than December 17, 2010.

6. All dispositive pre-trial motions shall be filed no later than December 27, 2010.

7. The pre-trial conference will be held on June 30, 2011 at 8:30 a.m.

8. Trial will commence on August 16, 2011 at 8:30 a.m.

**IT IS SO ORDERED:**

Dated:          November 3, 2010                    ___/s/  Michael J. Seng___
                                                    UNITED STATES
                                                    MAGISTRATE JUDGE