Rosemary T. McGuire, Esq.   Bar No. 172549

WEAKLEY, ARENDT, MCGUIRE, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, CA  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, and ROBERT CHAVEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELLE RODRIGUEZ,<br><br>    Plaintiff<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, ROBERT CHAVEZ and DOES 1 to 20, inclusive,<br><br>    Defendants. | CASE NO. 1:09-CV-01176-AWI-MJS<br><br>**STIPULATED DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff GABRIELLE RODRIGUEZ, by and through her attorney of record, Michael R. Bracamontes, Esq., stipulates to the dismissal of any and all claims asserted against defendant, JERRY DYER, with prejudice. Each party to this dismissal is to bear their own costs.

DATED: December 14, 2010

                                          WEAKLEY, ARENDT & McGUIRE, LLP

                                      By:     /s/ Rosemary T. McGuire
                                                      Rosemary T. McGuire
                                                      Attorney for Defendants

DATED: December 14, 2010

BRACAMONTES & VLASAK, P.C.

By: /s/ Michael R. Bracamontes
Michael R. Bracamontes
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: December 17, 2010

CHIEF UNITED STATES DISTRICT JUDGE