Rosemary T. McGuire, Esq.   Bar No. 172549

WEAKLEY, ARENDT, MCGUIRE, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, CA  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO and ROBERT CHAVEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE RODRIGUEZ,<br><br>Plaintiff<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, ROBERT CHAVEZ and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01176-AWI-MJS<br><br>**STIPULATION AND ORDER EXTENDING MOTION FILING DEADLINE**<br><br>Trial Date: August 16, 2011 |

It is hereby stipulated between the parties, through the respective counsel, that the deadline for filing dispositive motions will be extended from December 27, 2010 to **January 14, 2011**.

DATED: December 20, 2010

             WEAKLEY, ARENDT & McGUIRE, LLP

        By:  /s/ Rosemary T. McGuire
            Rosemary T. McGuire
            Attorney for Defendants

---

Stipulation & Order Extending
Motion Filing Deadline

DATED: December 20, 2010

BRACAMONTES & VLASAK, P.C.

By:   /s/ Michael R. Bracamontes
Michael R. Bracamontes
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:   December 21, 2010

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation & Order Extending
Motion Filing Deadline           2