**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELLE RODRIGUEZ, )<br>            )<br>      Plaintiff, )<br>            )<br>   v. )<br>            )<br>CITY OF FRESNO, JERRY DYER, )<br>ROBERT CHAVEZ and DOES 1 to 20, )<br>inclusive, )<br>            )<br>      Defendants. )<br>_____) | NO. 1:09-CV-01176 AWI MJS<br><br>ORDER VACATING<br>FEBRUARY 28, 2011 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

   Defendants' motion for summary judgment has been set for hearing in this case on February 28, 2011.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  <u>See</u> Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 28, 2011, is VACATED, and the parties shall not appear at that time.  As of February 28, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    February 24, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE