1
2
3
4
5
6
7              **IN THE UNITED STATES DISTRICT COURT FOR THE**
8                    **EASTERN DISTRICT OF CALIFORNIA**
9
10    **GABRIELLE RODRIGUEZ,**              )    **CV F 09- CV - 1176 AWI MJS**
                                            )
11              **Plaintiff**,              )
                                            )    **ORDER CORRECTING**
12         **v.**                           )    **CLERICAL ERROR NUNC**
                                            )    **PRO TUNC RE: ORDER ON**
13    **CITY OF FRESNO, JERRY DYER**        )    **DEFENDANTS' MOTION FOR**
      **ROBERT CHAVEZ, and DOES 1 to 20,**  )    **SUMMARY JUDGMENT OR**
14    **inclusive,**                        )    **SUMMARY ADJUDICATION**
                                            )
15              **Defendants.**             )    **Correcting Document # 96**
      _____      )
16
17
18
19
20         In this action, the court granted Defendants' motion for summary judgment by order

21    filed on May 16, 2011 (the "May 16 Order").  In the May 16 Order, the court intended to

22    grant judgment in favor of Plaintiff as to Plaintiff's first, second, fifth and sixth claims for

23    relief.  As to Plaintiff's remaining claims for relief numbered third, fourth, seventh and

24    eighth, the court declined to exercise supplementary jurisdiction and intended to dismiss

25    these claims without prejudice.  The parties have pointed out that clerical errors were entered

26    into the court's orders at items numbered 5 and 6 on page 22 of the court's May 16 Order.

27
28         THEREFORE, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the

      court hereby ORDERS that the court's May 16 Order is hereby CORRECTED NUNC PRO

1    TUNC as to the court's orders numbered 5 and 6 on page 22 of Document Number 96 as

2    follows:

3    5.    Defendants' motion for summary judgment as to Plaintiff's fifth claim for relief for

4          violation of section 51.7 of the California Civil Code is GRANTED.  The clerk of the

5          court shall ENTER JUDGMENT in favor of Defendants as to Plaintiff's fifth claim

6          for relief.

7    6.    Defendants' sixth claim for relief for violation of section 52.1 of the California Civil

8          Code is hereby GRANTED.  The Clerk of the Court shall ENTER JUDGMENT in

9          favor of Defendants' as to Plaintiff's sixth claim for relief.

10   7.    Plaintiff's third, fourth, seventh and eighth claim for relief are hereby DISMISSED

11         without prejudice.

12   8.    The Clerk of the Court shall CORRECT the Order of Judgment consistent with the

13         above corrections.

14   9.    The Clerk of the Court shall CLOSE THE CASE.

15

16   IT IS SO ORDERED.

17

     Dated:    May 25, 2011

18                                                    CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28