IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, JERRY DYER ROBERT CHAVEZ, and DOES 1 to 20, inclusive,<br><br>Defendants. | CV F 09- CV - 1176 AWI MJS<br><br>**ORDER STRIKING DOCKET NUMBER 99 AND ORDERING REENTRY OF JUDGMENT NUNC PRO TUNC** |

The Clerk of the Court shall STRIKE Docket Number 99 filed on May 26, 2011, and shall correct the Docket to indicate the order filed concurrently herewith is the correct Order Correcting Clerical Error RE: Order on Defendants' Motion for Summary Judgment or Summary Adjudication.

IT IS SO ORDERED.

Dated:   May 26, 2011                                  _____
                                                                        CHIEF UNITED STATES DISTRICT JUDGE