Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:     (415) 835-6780

Attorneys for Plaintiff Gabrielle Rodriguez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE RODRIGUEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, JERRY DYER, ROBERT CHAVEZ and DOES 1 to 20, inclusive,<br><br>            Defendants. | **CASE NO.:**  1:09 CV-01176-AWI-MJS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GABRIELLE RODRIGUEZ, by and through her attorney of record, Michael R. Bracamontes, Esq., and Defendants CITY OF FRESNO and ROBERT CHAVEZ, by and through their attorney of record, Brande L. Gustafson, Esq., stipulate to the dismissal of the entire action with prejudice.  Each party to this dismissal shall bear their own costs and attorney's fees.

Dated:  January 24, 2012           By:      /s/ Michael R. Bracamontes_____
                                                        Michael R. Bracamontes, Esq.
                                                        Attorney for Plaintiff

---

- *1* -

*Rodriguez v. City of Fresno, et al. – Stipulation for Dismissal*
*1:09-CV-01176-AWI-MJS*

Dated: January 24, 2012         By:    /s/ Brande L. Gustafson
                                       Brande L. Gustafson, Esq.
                                       Attorney for Defendants

Pursuant to the parties' stipulation, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   January 25, 2012         _____
                                  CHIEF UNITED STATES DISTRICT JUDGE